450 A.2d 755

Yeckley v. State Farm Auto. Ins. Co., et al.

Appeal of Allstate Insurance Co.

Appeal of Pennsylvania Nat'l Mutual Cas. Ins. Co.

Reargument Denied Oct. 7, 1982.

Argued October 26, 1981. Dennis St. J. Mulvihill, for appellant (at No. 133) and for appellee (at No. 255); J. Phillips Saylor, for appellant (at No. 255) and for appellee (at 133).

Before SPAETH, HESTER and JOHNSON, JJ.

Judgment affirmed.